IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, ) ) ) ) Plaintiff, ) ) v. ) ) WESTCHESTER FIRE INSURANCE COMPANY, *et al.*, ) ) ) Defendants. ) | Case No. 14-cv-02863 RWT |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the parties hereby agree and stipulate that the above-captioned matter is hereby DISMISSED WITH PREJUDICE as to all claims and all parties. Each party will bear its own costs and attorneys' fees. All parties agree to this Stipulation as evidence by the signatures of all counsel below.

Dated: November 23, 2015

**FEDDER and GARTEN, P.A.**

_/s/ Ira L. Oring_____
Ira L. Oring, Esquire (Bar No. 00733)
36 South Charles Street
Suite 2300
Baltimore, MD  21201-3177
(410) 539 2800
*Attorneys for Plaintiff*

830219v.1

**LAW OFFICES OF DAVID E. RALPH, LLC**

/s/*David E. Ralph*_____
David Ralph, Esquire (Bar No. 23500)
(signed by Ira L. Oring with permission of David E, Ralph)
2423 Maryland Ave.
Suite 100
Baltimore, Maryland 21218
*Attorney for Defendant, Executive Title*

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

/s/ *Kevin P. Farrell*_____
Kevin P. Farrell, Esq. (Bar No. 27988)
(Signed by Ira L. Oring with permission of Kevin P. Farrell)
700 11th Street, N.W., Suite 400
Washington, DC 20001
Telephone: (202) 626-7660
Facsimile: (202) 628-3606
Laura.Steel@wilsonelser.com
Kevin.Farrell@wilsonelser.com
*Counsel for Westchester Fire Insurance Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Stipulation of Dismissal was served on this --th day of November, 2015 on all counsel or record through PACER.

/s/ *Ira L. Oring*_____

830219v.1